

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NOS. 02-11-00422-CR
## 02-11-00423-CR
## 02-11-00424-CR
## 02-11-00425-CR

DRALON WALKER                                                              APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On August 12, 2011, as part of a plea bargain agreement, Appellant Dralon Walker pleaded guilty to a series of aggravated robberies with a deadly weapon committed in October and November 2010, and the trial court sentenced him to twenty years' confinement in each case, to run concurrently. Also on

---

[1]*See* Tex. R. App. P. 47.4.

August 12, 2011, the trial court certified that these are plea bargain cases and that Appellant has no right to appeal. On September 14, 2011, Appellant filed pro se notices of appeal. On September 27, 2011, we notified Appellant and his counsel that the trial court's certifications, which indicate that Appellant has no right to appeal, had been filed in this court and that this appeal could be dismissed unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before October 7, 2011. *See* Tex. R. App. P. 25.2(d), 44.3. Appellant filed a timely response, but it does not show any grounds for continuing the appeal.

Rule 25.2(a)(2) limits the right of appeal in a plea-bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). The trial court's certification denied permission to appeal, and Appellant does not assert that he seeks to appeal matters that were raised by written motion filed and ruled on before trial. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 10, 2011